GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JAMES M. HANLON, JR., Bar No. 214096
MAUREEN RODGERS, Bar No. 245876
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
General Electric Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCANTLIN and ORA SCANTLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY AND ESSCO WHOLESALE ELECTRIC and DOES 1 to 10,<br><br>Defendants. | Case No. EDCV10-00333 VAP (OPx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[DISCOVERY MATTER] |

Good cause appearing therefore, the stipulated protective order submitted by the parties on October 29, 2010, is hereby APPROVED and GRANTED.

IT IS SO ORDERED.

DATED: 11/12/10

_____
OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

- 1 -

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER Case No. EDCV10-00333 VAP (OPx)