UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCANTLIN AND ORA SCANTLIN,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, ESSCO WHOLESALE ELECTRIC, SOUTHERN CALIFORNIA EDISON COMPANY, AND DOES 1 TO 10,<br><br>Defendants. | Case No. EDCV 10-00333 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on April 20, 2011, granting Defendant General Electric Company's Motion for Judgment as a Matter of Law (Doc. No. 105), IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant General Electric Company, that Plaintiffs take nothing on their Complaint, and that Plaintiffs' action

be DISMISSED WITH PREJUDICE.  The Court orders that such
judgment be entered.

Dated: July 5, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge