**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCANTLIN AND ORA SCANTLIN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY, et al.<br>　　　　　Defendants. | Case No. EDCV 10-00333 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant General Electric Company, that Plaintiffs take nothing on their Complaint, and that Plaintiffs' action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: December 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge